| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | | |
|---|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) John F. Bracaglia, Jr., Esq. Mauro, Savo, Camerino, Grant & Schalk 77 North Bridge Street Somerville, NJ 08876 (908) 526-0707 Attorney for Debtor | | |
| In Re: Keith O. Wilkins and Alexandra J. Wilkins | Case No.: Judge: Chapter: | 15-22520 MBK 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____,
   creditor,
   A hearing has been scheduled for _____, at _____.

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.
   A hearing has been scheduled for ____July 12, 2016____, at _9:00 a.m._.

   ☐ Certification of Default filed by _____,
   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

   ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (explain your answer):

Unanticipated expenses. Debtors ask that the arrears be rolled into the remaining months of the plan.

☒ Other (explain your answer):

Debtors are currently in a trial modification. There last trial payment is due July 1, 2016. Debtors request the motion be adjourned for thirty days.

Claim 5-1 is the claim of the first mortgage holder which is being modified.

3.  This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: 6/30/16

Debtor's Signature

Date: 6/30/16

Debtor's Signature

NOTES:

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

rev.8/1/15