UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mauro, Savo, Camerino, Grant & Schalk
Attorneys for Debtors
77 No. Bridge St.
Somerville NJ 08876
908 526 0707

| In Re: | Case No.: | 15-22520 |
| --- | --- | --- |
| Keith O. Wilkins and Alexandra J. Wilkins | Judge: | MBK |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☐ Motion for Relief from the Automatic Stay filed by _____ ,
   creditor,

   A hearing has been scheduled for _____ , at _____ .

   ☒ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____ Sept 27, 2016 _____ , at __9:00 am__ .

   ☐ Certification of Default filed by _____ ,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☒ Payments have been made in the amount of $ _____ 800.00 _____ , but have not
   been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):

Debtors are current through August 2016.
The order approving the loan modification was entered on August 25, 2016
Claim 5-1 is the claim of the first mortgage holder which is being modified.

3.    This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.    I certify under penalty of perjury that the above is true.

Date: ___9/21/2016___

Date: _____

_____
Debtor's Signature

_____
Debtor's Signature

**NOTES:**

1.    Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.    Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/13*

## Account Ledger

 NATIONALDATACENTER

| Case Number: 1522520 | Debtor1 Name: Keith O. Wilkins | Trustee Name: Albert Russo |
|---|---|---|
| Case Status: Confirmed | Debtor2 Name: Alexandra J Wilkins | Trustee City: Robbinsville, NJ |

**Filter By**   All Claims     All Payees                    **All Transactions**     **All Time**

## Receipts & Disbursements



RECEIPTS        DISBURSEMENTS

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|---|
| 09/01/2016 | 12 | 2321668 | CERASTES LLC | Principal (System Check) | -$40.12 | |
| 09/01/2016 | 2 | 2322509 | Quantum3 Group LLC as agent for | Principal (System Check) | -$15.17 | |
| 09/01/2016 | 4 | 2321808 | Department Stores National Bank | Principal (System Check) | -$25.26 | |
| 09/01/2016 | 11 | 2320600 | PORTFOLIO RECOVERY ASSOCIATES | Principal (System Check) | -$34.11 | |
| 09/01/2016 | 6 | 2321197 | CAPITAL ONE BANK (USA), N.A. | Principal (System Check) | -$44.82 | |
| 09/01/2016 | 7 | 2321197 | CAPITAL ONE BANK (USA), N.A. | Principal (System Check) | -$28.68 | |
| 09/01/2016 | 8 | 2321197 | CAPITAL ONE BANK (USA), N.A. | Principal (System Check) | -$17.19 | |
| 09/01/2016 | 9 | 2322247 | MIDLAND CREDIT AS AGENT FOR | Principal (System Check) | -$17.99 | |
| 08/01/2016 | 7 | 2318864 | CAPITAL ONE BANK (USA), N.A. | Principal (System Check) | -$41.05 | |
| 08/01/2016 | 12 | 2319290 | CERASTES LLC | Principal (System Check) | -$57.41 | |
| 08/01/2016 | 6 | 2318864 | CAPITAL ONE BANK (USA), N.A. | Principal (System Check) | -$64.14 | |
| 08/01/2016 | | | N/A | ePay Receipt (32077410) | $200.00 | AUG |
| 08/01/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$9.80 | |
| 08/01/2016 | 0 | 2319671 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$294.80 | |
| 08/01/2016 | 10 | 2320039 | Quantum3 Group LLC as agent for | Principal (System Check) | -$16.26 | |
| 08/01/2016 | 11 | 2318322 | PORTFOLIO RECOVERY ASSOCIATES | Principal (System Check) | -$48.81 | |
| 07/01/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$9.80 | |
| 07/01/2016 | | | N/A | ePay Receipt (31294810) | $200.00 | JUL |
| 06/27/2016 | | | N/A | ePay Receipt (31140340) | $200.00 | JUN |
| 06/27/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 06/16/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 06/16/2016 | | | N/A | ePay Receipt (30890210) | $200.00 | MAY |
| 06/01/2016 | 0 | 2314439 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$188.40 | |
| 04/12/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 04/12/2016 | | | N/A | ePay Receipt (29292690) | $200.00 | APR |
| 04/01/2016 | 0 | 2309281 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$188.40 | |
| 03/01/2016 | 0 | 2306501 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$188.40 | |

Account Ledger | NDC

| DATE PAID | CLAIM NUMBER | CHECK NUMBER | NAME OF PARTY | DESCRIPTION | AMOUNT | |
|---|---|---|---|---|---|---|
| 02/24/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 02/24/2016 | | | N/A | ePay Receipt (28029860) | $200.00 | MAR |
| 02/01/2016 | 0 | 2304246 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$188.40 | |
| 01/07/2016 | 0 | 2302052 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$188.40 | |
| 01/05/2016 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 01/05/2016 | | | N/A | ePay Receipt (26803970) | $200.00 | FEB |
| 12/17/2015 | | | N/A | ePay Receipt (26363050) | $200.00 | JAN |
| 12/17/2015 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 12/02/2015 | 0 | 2299228 | JOHN F. BRACAGLIA, JR., ESQ. | Attorney Fee (System Check) | -$763.20 | |
| 11/16/2015 | | | N/A | ePay Receipt (25589580) | $200.00 | DEC |
| 11/16/2015 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 10/19/2015 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$11.60 | |
| 10/19/2015 | | | N/A | ePay Receipt (24913030) | $200.00 | NOV |
| 09/03/2015 | | | N/A | ePay Receipt (23870570) | $200.00 | OCT |
| 09/03/2015 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$8.40 | |
| 08/19/2015 | | | ALBERT RUSSO | TRUSTEE FEE - PLAN RECEIPT | -$16.80 | |
| 08/19/2015 | | | N/A | ePay Receipt (23480360) | $400.00 | AUG, SEP |