UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Mauro, Savo, Camerino, Grant & Schalk
Attorneys for Debtor
77 No. Bridge St.
Somerville NJ 08876
(908) 526-0707

In Re:

Keith O. Wilkins and Alexandra J. Wilkins

Case No.: _____15-22520_____

Judge: _____MBK_____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (choose one):

1. ☒ Motion for Relief from the Automatic Stay filed by ___Lakeview Loan Servicing___, creditor,

   A hearing has been scheduled for ___December 13, 2016___, at ___9:00___.

   ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

   A hearing has been scheduled for _____, at _____.

   ☐ Certification of Default filed by _____,

   I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons (choose one):

   ☐ Payments have been made in the amount of $_____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ **Other (explain your answer):**
Debtor has filed an application for a loan modification. Debtor has been advised that all necessary documentation has been received and a decision should be forthcoming in the near future. Based upon conversations, debtors beleive the modification will be approved. Debtors request the motion be adjourned thirty days

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: 12/6/2016                              /s/ Keith O. Wilkins
                                              Debtor's Signature

Date: 12/6/2016                              /s/ Alexandra J. Wilkins
                                              Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*