| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>**John F. Bracaglia, Jr., Esq.**<br>**Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.**<br>**77 North Bridge Street**<br>**Somerville, NJ 08876**<br>**(908) 526-0707**<br>**Attorneys for Debtors** | **Order Filed on September 22, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>KEITH O. WILKINS AND ALEXANDRA J. WILKINS | Case No.: 15-22520<br><br>Hearing Date: September 19, 2017<br><br>Judge: Michael B. Kaplan |

### ORDER MODIFYING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

1

The within matter having come before the Court upon the motion of the debtors to modify the claim filed by Lakeview Loan Servicing, LLC, c/o M&T Bank, and it appearing that due notice has been given with good cause being shown; it is hereby

ORDERED that the proof of claim heretofore filed in this matter by Lakeview Loan Servicing, LLC, c/o M&T Bank, as Claim No. 5, be and is hereby reduced to indicate the amount of mortgage arrears to zero.

Bmot.6255-001.Wilkins.order.8.16.17