UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**John F. Bracaglia, Jr., Esq.**
**Savo, Schalk, Gillespie, O'Grodnick & Fisher, P.A.**
**77 North Bridge Street**
**Somerville, NJ 08876**
**(908) 526-0707**
**Attorneys for Debtors**

In Re:

KEITH O. WILKINS AND ALEXANDRA J. WILKINS

**Order Filed on September 22, 2017**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

Case No.:  15-22520

Hearing Date: September 19, 2017

Judge:   Michael B. Kaplan

## ORDER MODIFYING PROOF OF CLAIM

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: September 22, 2017**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

The within matter having come before the Court upon the motion of the debtors to modify the claim filed by Lakeview Loan Servicing, LLC, c/o M&T Bank, and it appearing that due notice has been given with good cause being shown; it is hereby

ORDERED that the proof of claim heretofore filed in this matter by Lakeview Loan Servicing, LLC, c/o M&T Bank, as Claim No. 5, be and is hereby reduced to indicate the amount of mortgage arrears to zero.

Bmot.6255-001.Wilkins.order.8.16.17

United States Bankruptcy Court
District of New Jersey

In re:

Keith O. Wilkins

Alexandra J Wilkins

       Debtors

Case No. 15-22520-MBK

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-3 | User: admin | Page 1 of 1 | Date Rcvd: Sep 22, 2017 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 24, 2017.

db/jdb        +Keith O. Wilkins,   Alexandra J Wilkins,   89 Main St.,   Metuchen, NJ 08840-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                         TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 24, 2017                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 22, 2017 at the address(es) listed below:

        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Albert  Russo   docs@russotrustee.com
        Albert  Russo (NA)   on behalf of Trustee Albert  Russo docs@russotrustee.com
        Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC
   bankruptcynotice@zuckergoldberg.com,  bkgroup@kmllawgroup.com
        John F. Bracaglia, Jr.   on behalf of Joint Debtor Alexandra J Wilkins brokaw@centraljerseylaw.com
        John F. Bracaglia, Jr.   on behalf of Debtor Keith O. Wilkins brokaw@centraljerseylaw.com
        Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
   bkgroup@kmllawgroup.com

                                          TOTAL: 7