Form clsnodsc – ntcclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  15–22520–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Keith O. Wilkins                          Alexandra J Wilkins
89 Main St.                               89 Main St.
Metuchen, NJ 08840                        Metuchen, NJ 08840
Social Security No.:
   xxx–xx–7200                            xxx–xx–3792
Employer's Tax I.D. No.:

---

## NOTICE OF DEFICIENCY CONCERNING DISCHARGE

You are hereby notified that the above–named case will be closed without entry of discharge on or after November 26, 2018 for the reason(s) indicated below.

☑  Debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Joint debtor has not filed a **Certification About a Financial Management Course (Official Form 423)** proving compliance with the instructional course requirement for discharge.

☑  Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑  Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

The court must receive the above noted document(s) prior to case closing in order to enter a discharge. If the case is closed without entry of the discharge the debtor must file a Motion To Reopen to allow for the filing of same and pay the applicable filing fee.

Dated: October 26, 2018
JAN: amg

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-22520-MBK
Keith O. Wilkins                                                    Chapter 13
Alexandra J Wilkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3              User: admin           Page 1 of 1            Date Rcvd: Oct 26, 2018
                                 Form ID: clsnodsc      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2018.
db/jdb         +Keith O. Wilkins,    Alexandra J Wilkins,    89 Main St.,    Metuchen, NJ 08840-2742

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2018 23:14:16     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2018 23:14:14     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
                                                                                       TOTAL: 2

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2018                         Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 25, 2018 at the address(es) listed below:
              Albert  Russo    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Albert  Russo    docs@russotrustee.com
              Albert  Russo (NA)    on behalf of Trustee Albert  Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Alexandra J Wilkins brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Keith O. Wilkins brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor   Rutgers Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
                                                                                     TOTAL: 9