**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Keith O. Wilkins | Social Security number or ITIN  xxx–xx–7200 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Alexandra J Wilkins | Social Security number or ITIN  xxx–xx–3792 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   15–22520–MBK

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Keith O. Wilkins                         Alexandra J Wilkins

11/5/18                          **By the court:** Michael B. Kaplan
                                              United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-22520-MBK
Keith O. Wilkins                                                    Chapter 13
Alexandra J Wilkins
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2            Date Rcvd: Nov 05, 2018
                              Form ID: 3180W           Total Noticed: 26

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 07, 2018.
```
db/jdb         +Keith O. Wilkins,    Alexandra J Wilkins,    89 Main St.,    Metuchen, NJ 08840-2742
aty            +Kivitz McKeever Lee PC,    701 Market Street,    Philadelphia, PA 19106-1538
lm              M&T Bank,    PO Box 1288,    Buffalo, NY 14280-1288
cr             +Rutgers Federal Credit Union,    McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,
                 229 Broad Street,    Red Bank, NJ 07701-2009
515625964      +Department Stores National Bank For Macys Branded,    Bankruptcy Processing,    Po Box 8053,
                 Mason, OH 45040-8053
515603718       JFK Medical Center,    POB 6506,    Edison, NJ 08818
515603719      +Kivitz McKeever Lee PC,    701 Market St #5000,    Philadelphia, PA 19106-1541
515603722     #+Nationwide Credit,    POB 26314,    Lehigh Valley, PA 18002-6314
515611544      +U.S. Department of Housing and Urban Development,    451 7th Street S.W.,
                 Washington, DC 20410-0002
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 05 2018 22:08:55     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 05 2018 22:08:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
515620566       EDI: GMACFS.COM Nov 06 2018 03:08:00     Ally Capital,    PO Box 130424,
                 Roseville, MN 55113-0004
515603714       EDI: GMACFS.COM Nov 06 2018 03:08:00     Ally Financial,    POB 7824,    Phoenix, AZ 85062
515818649      +E-mail/Text: bncmail@w-legal.com Nov 05 2018 22:08:56     CERASTES, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
515603715      +EDI: CAPITALONE.COM Nov 06 2018 03:08:00     Capital One,    POB 70884,
                 Charlotte, NC 28272-0884
515691209       EDI: CAPITALONE.COM Nov 06 2018 03:08:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC  28272-1083
515603716      +EDI: TSYS2.COM Nov 06 2018 03:08:00     Card Services,    POB 13337,
                 Philadelphia, PA 19101-3337
515603717      +EDI: WFNNB.COM Nov 06 2018 03:08:00     Comenity,    POB 659728,    San Antonio, TX 78265-9728
515662491      +E-mail/Text: camanagement@mtb.com Nov 05 2018 22:08:52     Lakeview Loan Servicing, LLC,
                 C/O M&T BANK,    PO BOX 1288,    Buffalo, NY 14240-1288
515603720       E-mail/Text: camanagement@mtb.com Nov 05 2018 22:08:52     M&T Bank,    POB 840,
                 Buffalo, NY 14240
515603721      +EDI: TSYS2.COM Nov 06 2018 03:08:00     Macys,    Bankruptcy Processing,    P.O. Box 8053,
                 Mason, OH 45040-8053
515707770      +EDI: MID8.COM Nov 06 2018 03:08:00     Midland Credit Management, Inc,
                 as agent for Midland Funding LLC,    PO Box 2011,    Warren, MI 48090-2011
515783134       EDI: PRA.COM Nov 06 2018 03:08:00     Portfolio Recovery Associates, LLC,
                 c/o Dell Financial Services, LLC,    POB 41067,    Norfolk VA 23541
515614946       EDI: Q3G.COM Nov 06 2018 03:08:00     Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
516146848       E-mail/Text: laura@redbanklaw.com Nov 05 2018 22:08:49     Rutgers Federal Credit Union,
                 C/O McKenna, DuPont, Higgins & Stone, PC,    PO Box 610,    Red Bank, NJ 07701-0610
515617473       EDI: RMSC.COM Nov 06 2018 03:08:00     Synchrony Bank,
                 c/o of Recovery Management Systems Corp,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 17
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2018                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2            Date Rcvd: Nov 05, 2018
                              Form ID: 3180W             Total Noticed: 26
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 5, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC
               bankruptcynotice@zuckergoldberg.com,   bkgroup@kmllawgroup.com
              John F. Bracaglia, Jr.    on behalf of Joint Debtor Alexandra J Wilkins brokaw@centraljerseylaw.com
              John F. Bracaglia, Jr.    on behalf of Debtor Keith O. Wilkins brokaw@centraljerseylaw.com
              Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    Rutgers Federal Credit Union dupont@redbanklaw.com,
               dana@redbanklaw.com
              Rebecca Ann Solarz    on behalf of Creditor    Lakeview Loan Servicing, LLC rsolarz@kmllawgroup.com
                                                                                                 TOTAL: 9
```